## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, **Ivys Rosado-Diaz**, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so since May of 2015. I am a graduate of the Federal Law Enforcement Training Center, and the ATF National Academy in Glynco, GA. Prior to my employment with ATF, I was a Robbery Criminal Investigator for the Police of Puerto Rico, assigned to the ATF Task Force for approximately two years and six months. In total, I have approximately twenty (20) years of law enforcement experience, twelve as a Puerto Rico Police Agent and nine (9) as an ATF Special Agent. I have received training in crime scene investigations, and the identification and management of evidence. I have a bachelor's degree and a master's degree in criminal justice. I also have a Ph.D. in Public Service Leadership from Capella University in Minneapolis, MN.

2. Your affiant is an "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Section 2516 of Title 18, United States Code.

3. During my employment with the ATF, I have participated in weapons and narcotics investigations along with senior experienced SA's and Task Force Agents (TFAs). These investigations involved the unlawful possession of firearms, as well as importation, exportation, manufacture, possession with intent to distribute and distribution of narcotics (including cocaine, heroin, and crack cocaine, among other narcotics), and conspiracies associated with narcotic offenses. I also have vast

experience in violent crime investigations, to include homicides, robberies, home invasions, and carjackings.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

## FACTS IN SUPPORT OF PROBABLE CAUSE

5. On January 19, 2025, at approximately 8:30pm, Puerto Rico Police Bureau (PRPB) Agents assigned to the Dajaos Police Precinct, received a call from employees from Los Quesitos Restaurant, located on Route #167, kilometer 9.7, Dajaos Ward in Bayamon. P.R. The caller indicated there was a male with a firearm intimidating employees at the restaurant. PRPB Agents from the Dajaos Precinct responded to the area, in a PRPB marked unit, and observed 2 individuals inside a vehicle that was parked in front of the establishment. Agents stated the subjects made eye contact with them. Agents proceeded to park further down the road, facing the restaurant while they waited for additional police units for back-up.

6. The employee that was on the phone with the police stated that the front passenger of the vehicle was the one with the firearm and he was exiting the vehicle wearing a red shirt. PRPB officers received this information while they were observing the male in the red shirt walking towards them.

7. PRPB Agents stated that when the subject got too close to the patrol car, they exited their vehicle and detained him. Agents stated they advised the subject of his Miranda Rights, detained him and conducted a safety frisk. PRPB Agent stated that the subject had a fanny pack around his

2

waistband and that during the pat down, she felt what appeared to be a firearm inside the fanny pack. This perception was based on her training and experience, including 30 years in law enforcement.

8. PRPB Agents found the following inside the black fanny pack:

   a. One (1) Privately Made Firearm (PMF), Freedom Wolf, 9mm-caliber, black in color, loaded with three (3) rounds of 9mm caliber ammunition. There were two rounds of Luger ammunition and one round of WMA ammunition.

9. PRPB Agents that assisted with the intervention learned through witnesses that the male with the red shirt discharged the firearm in the area more than one before the police arrived.

10. The subject detained with the red shirt who was also carrying a firearm in a fanny pack was identified as **Christian CATALA-PEREZ**.

11. On this same date, PRPB Agents recovered three (3) spent shell casings, 9mm-caliber around Los Quesitos Restaurant.

12. On January 20, 2025, ATF Agents interviewed **CATALA-PEREZ**. Miranda Warnings were administered, via recitation of ATF Form 3200.4 Advice of Rights and Waiver (in Spanish). **CATALA-PEREZ** stated he understood his rights, waived his right to remain silent and agreed to speak to ATF Agents without the presence of legal counsel.

13. **CATALA-PEREZ** in response to questioning, stated that what he did was while he was under the influence of alcohol. He stated that he went over to the lake and fired a few shots. **CATALA-PEREZ** also claimed ownership of the firearm and stated that he has been in possession of it for approximately 6 months.

14. **CATALA-PEREZ** told ATF Agents that he served three (3) years in State Prison Ponce Correctional Institution for the domestic violence charges he had on file.

15. ATF Agents conducted a criminal justice database query that revealed that **CATALA-PEREZ** has been convicted of a crime that is punishable by more than one year of imprisonment.

16. Furthermore, an ATF Special Agent preliminary determined that the seized ammunition (which were "Luger" and "WMA" brands that are not manufactured in Puerto Rico) affected, and/or traveled in interstate or foreign commerce prior to arriving in Puerto Rico.

## **CONCLUSION**

17. Based on the above facts, the undersigned affiant believes there is probable cause to charge Christian **CATALA-PEREZ** with violations of Title 18, United States Code, § 922(g)(1) (Convicted Felon in Possession of Ammunition).

Affiant hereby declares that the foregoing is true and correct to the best of Affiant's knowledge pursuant to the investigation conducted in this matter.

_____
Ivys J. Rosado-Diaz
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives (ATF)

Sworn in accordance with FRCP 4.1 by telephone at __5:19PM__ on the 20th day of January of 2025.

_____
Honorable Marshal D. Morgan
United States Magistrate Judge
District of Puerto Rico

4